# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| COURTNEY L. KESSLER, | : Case No. 3:25-cv-113 |
| Plaintiff, | : |
| vs. | : District Judge Michael J. Newman |
| | : Magistrate Judge Peter B. Silvain, Jr. |
| WALMART, INC., | : |
| Defendant. | : |

## ORDER TRANSFERRING REFERENCE

This case is hereby ordered to be transferred from Magistrate Judge Peter B. Silvain, Jr. to Magistrate Judge Caroline H. Gentry.

**IT IS SO ORDERED.**

April 22, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge