UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

COURTNEY L. KESSLER,

    Plaintiff,

vs.

WALMART, INC.,

    Defendant.

Case No. 3:25-cv-113

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

**ORDER: (1) DIRECTING THE PARTIES TO MEET AND CONFER AND FILE THEIR FED. R. CIV. P. 26(f) REPORT ON THE COURT'S DOCKET BY JULY 9, 2025; AND (2) DIRECTING THE PARTIES TO SERVE THEIR INITIAL DISCLOSURES BY JULY 2, 2025**

---

    This case is before the Court because the parties have not filed their Fed. R. Civ. P. 26(f) report. The Court ordered the parties to meet and confer and file their Rule 26(f) report by June 13, 2025. Doc. No. 9. To date, no Rule 26(f) report has been filed.

    Accordingly, the Court **ORDERS** the parties, pursuant to Fed. R. Civ. P. 16 and Fed. R. Civ. P. 26(f), to informally confer in good faith and prepare a joint report as required by Fed. R. Civ. P. 26(f).[1] The parties' Rule 26(f) report shall be filed with the Court **by July 9, 2025**. Unless otherwise agreed to by the parties in their Rule 26(f) Report, initial disclosures must be made as required by Rule 26(a)(1). Rule 26(a)(1) initial disclosures must be served upon all parties in the case **by July 2, 2025** and should not be filed with the Court unless submitted in support of a motion. After the parties file their Rule 26(f) report, the Court intends to put on a scheduling order.

---

[1] A form Rule 26(f) Report of the Parties (applicable to the Western Division at Dayton) is accessible on the Court's website at http://www.ohsd.uscourts.gov/ohio-southern-district-forms.

Subsequently, the Court will formally refer this matter to the United States Magistrate Judge during the pendency of discovery.

    **IT IS SO ORDERED.**

<u> June 25, 2025 </u>                          <u>s/*Michael J. Newman*           </u>
                                                                                  Hon. Michael J. Newman
                                                                                  United States District Judge